UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,                )          2:07-CR-00128-PMP-VCF
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )          **ORDER**
                                         )
RICHARD VALDEZ.                          )
                                         )
                    Defendant.           )
                                         )
_____)

   Defendant Valdez has filed *in proper person* a Motion to Dismiss Counsel and Appoint New Counsel (Doc. #60) filed January 10, 2012.  However, Defendant is represented by counsel in this case and must, therefore, file all motions through counsel.

   **IT IS THEREFORE ORDERED** that Motion to Dismiss Counsel and Appoint New Counsel (Doc. #60) is **DENIED** without prejudice.

DATED:  January 17, 2012.

_____
PHILIP M. PRO
United States District Judge