UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD VALDEZ,<br><br>　　　　　Defendant. | Case No. 2:08-cr-00128-RFB-VCF<br><br>**ORDER FOR PLACEMENT AT RESIDENTIAL REENTRY CENTER** |

　　　On February 16, 2021, this Court held a revocation hearing in this case. At the hearing the Defendant admitted violations of his supervised release and the Court revoked his supervision.

　　　The Court imposed 12 months of supervision with the standard and mandatory conditions of supervised release. The Court also imposed certain special conditions. These special conditions included, *inter alia*, the following conditions:

　　　1.<u>Reside at Residential Re-entry Center</u> - You will reside in a residential reentry center for a term up to 7 months/210 days. You must follow the rules and regulations of the center. Subsistence is to be waived.

　　　2. <u>C.A.R.E. Program</u>- You shall participate in the C.A.R.E. Program for a period up to 7 months/210 days as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you may be taken into custody for a minimum period of seven days.

　　　IT IS SO ORDERED this <u>16th</u> day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**